ABRAHAM FISCHMAN, RESPONDENT, v. JOSEPH FISH HAT COMPANY, APPELLANT.

Submitted February 17, 1939—Decided April 21, 1939.

For the appellant, *Newton H. Porter, Jr.*

For the respondent, *Michael Silver.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.